IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CR 118-010 |
| ) | |
| LEROY ANTHONY WILLIAMS ) | |

### ORDER

After a careful, *de novo* review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DENIES** Defendant's motions to dismiss without an evidentiary hearing. (Doc. nos. 15, 21.)

SO ORDERED this 22nd day of June, 2018, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE